UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| SEAN RODNEY ORTH, | ) | CASE NO.  3:06-CV-0481-LRH-RAM |
| Plaintiff(s), | ) | MINUTES OF THE COURT |
| vs. | ) | DATED: AUGUST 9, 2010 |
| DENNIS BALAAM, et al. | ) | |
| Defendant(s). | ) | |

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>JENNIFER S. COTTER</u>     Reporter: <u>FTR: 1:32:00 p.m. - 2:18:31 p.m.</u>

Counsel for Plaintiff(s): <u>SEAN RODNEY ORTH, In Pro Per (telephonically)</u>

Counsel for Defendant(s): <u>MARY KANDARAS and JACK CAMPBELL</u>

PROCEEDINGS: **MOTION HEARING**

1:32 p.m. Court convenes.

The Court addresses each of the subject motions and the parties present argument as to each.

**Plaintiff's Motion to Amend Complaint (Docket #145)**

The Court notes that the deadline has passed to move for amending the pleadings, and Plaintiff has shown no good cause to amend the complaint at this time.  IT IS ORDERED that the Motion to Amend is DENIED.

**Plaintiff's Motion to Compel (Docket #147)**

Plaintiff represents he has now received the requested discovery from Washoe County.  IT IS ORDERED that the Motion to Compel, with respect to Washoe County defendants, is MOOT.

As to the City of Reno defendants, IT IS ORDERED:
- The Motion to Compel, with respect to Requests for Production of Documents 5 and 6, is DENIED.
- Regarding the Harmon Interrogatories 1-7, 25-28, and 37, the Motion to Compel is GRANTED.
- With respect to the Harmon Requests for Admissions 18-21, 27, 29, and 30, the Motion to Compel is GRANTED.

Page Two
3:06-cv-0481-LRH-RAM (Orth v. Balaam, et al.)
August 9, 2010

- The Motion to Compel, as it relates to the Lever Interrogatories 1-9 and 20, is GRANTED.
- Regarding the cassette recordings of the McKenzie interviews, the Motion to Compel is DENIED.  Plaintiff may obtain copies using the procedure as set forth on the record.
- As to Interrogatory 48, the Motion to Compel is DENIED as too broad.

**Motion for Court Order that Plaintiff be Allowed Access to Video Viewing Equipment (Docket #148)**

IT IS ORDERED that the subject motion is GRANTED.  High Desert State Prison shall provide Plaintiff with monitored access to a computer in order to view the video DVD of the City Center Motel.

**Motion to Enlarge Time to File Motion for Summary Judgment and to Extend Amount of Copying (Docket #146)**

IT IS ORDERED that the Motion to Enlarge Time is GRANTED.  Plaintiff shall have twenty-five (25) days, or until **September 3, 2010,** to file a motion for summary judgment. IT IS FURTHER ORDERED that Plaintiff shall be allowed an additional **$300.00** over his copy limit.

2:18 p.m. Court adjourns

                                                  LANCE S. WILSON, CLERK

                                                  By: /s/

                                                  Deputy Clerk