# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SEAN RODNEY ORTH, | ) | 3:06-CV-0481-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 16, 2010 |
| | ) | |
| DENNIS BALAAM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Leave of Court to File a Motion for Summary Judgment that Exceeds the Twenty-Five Page Limit for Motions (Doc. #175).

Plaintiff's Motion for Leave of Court to File a Motion for Summary Judgment that Exceeds the Twenty-Five Page Limit for Motions (Doc. #175) is **GRANTED** to the extent that Plaintiff's Motion shall not exceed forty (40) pages. Plaintiff shall have thirty (30) days from the date of this order in which to refile his Motion that complies with this order.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:       /s/
           Deputy Clerk