AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

SEAN RODNEY ORTH,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                         CASE NUMBER:  **3:06-CV-00481-LRH-RAM**

DENNIS BALAAM, et al.,

      Defendants.

☐  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐  **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion for Summary Judgment filed by Reno Defendants [150] is GRANTED; the Motion for Summary Judgment filed by Washoe County Defendants [152] is GRANTED; and, Plaintiff's Motion for Summary Judgment [179] is DENIED. FURTHER ORDERED that Plaintiff's remaining state law claims for false arrest (Count 7), malicious prosecution (Count 7), and false imprisonment (Count 8) are DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| April 25, 2011 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |