```
            FILED          ____ RECEIVED
       ____ ENTERED        ____ SERVED ON
                           COUNSEL/PARTIES OF RECORD

              JUN 22 2011

           CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
       BY:                        DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN RODNEY ORTH, | 3:06-cv-0481-LRH (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | June 22, 2011 |
| DENNIS BALAAM, et al., | |
| Defendants. | |

PRESENT: <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>JENNIFER COTTER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to be Provided Transcripts at the Government's Expense (Doc. #209).

Plaintiff's Motion to be Provided Transcripts at the Government's Expense (Doc. #209) is **DENIED**. Plaintiff may submit a transcript request form to the Clerk of the Court together with the appropriate fee. The Clerk shall **SEND** a transcript request form to Plaintiff for his use.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
         Deputy Clerk